In re State of Louisiana;—Plaintiff(s); applying for supervisory and/or remedial writ; *60 Parish of Calcasieu, 14th Judicial District Court, Div. “D”, No. 12750-94; to the Court of Appeal, Third Circuit, No. KW97-1393.
Writ granted; revocation of probation reinstated. Because the state presented more than adequate factual support showing that Moore violated a term of his probation by-violating a law, La.C.Cr.P. art. 895(A); R.S. 15:542, and because Moore knew of the law, cf. State v. Sussmann, 374 So.2d 1256, 1259 (La.1979), no abuse of the district court’s discretion appears. La.C.Cr.P. art. 900; Sussmann, 374 So.2d at 1259; State v. Lassai, 366 So.2d 1389, 1391 (La.1978); State ex rel. Robertson v. Maggio, 341 So.2d 366, 370 (La.1976).
TRAYLOR, J., not on panel.